**Maria Laura LASTOR-TOJ, Petitioner,**

**v.**

**Jefferson B. SESSIONS, III,[1] Attorney General of the United States, Respondent.**

No. 16-3681

United States Court of Appeals, Eighth Circuit.

Submitted: July 31, 2017

Filed: August 3, 2017

Daniel Scott Reeker, Kendall Law Office, Omaha, NE, for Petitioner

Karen Yolanda Drummond, Carl H. McIntyre, Gregory A. Pennington, Jr., Robert Dale Tennyson, Jr., U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Oil, U.S. Department of Justice, Washington, DC, for Respondent

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Guatemalan citizen Maria Laura Lastor-Toj petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an immigration judge denying her asylum and withholding of removal.[2] Upon careful review, we conclude that substantial evidence supports the agency's underlying determinations that (1) the discrimination and harassment Lastor-Toj suffered in Guatemala did not rise to the level of past persecution by persons whom the Guatemalan government was unwilling or unable to control; and (2) Lastor-Toj failed to prove a well-founded fear of future persecution in Guatemala. *See Makatengkeng v. Gonzales*, 495 F.3d 876, 885 (8th Cir. 2007).

The petition for review is denied. *See* 8th Cir. R. 47B.

---

1. Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Lastor-Toj does not challenge the denial of her request for protection under the Convention Against Torture.